# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEPHEN THOMAS YELVERTON, | ) | |
| | ) | |
| Appellant, | ) | Case No. 13-cv-74 (RLW) |
| | ) | |
| v. | ) | Adversary Proceeding No. 12-10011 |
| | ) | |
| ALEXANDRA N. SENYI DE NAGY-UNYOM, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

Consistent with the accompanying Memorandum Opinion, appellant's Motion for Leave to Pay Filing Fee as a Non-Discharged Administrative Expense [Dkt. 8] is hereby denied.

The present action is hereby stayed. The appellant shall have 30 days from the date of this order to pay the filing fee. Should the appellant fail to pay the filing fee in a timely manner, this action may be dismissed without further notice. The Court will not entertain a motion to reconsider or any similar motion.

The Clerk of the Court shall mail a copy of this Order and the accompanying Memorandum Opinion to:

> **STEPHEN THOMAS YELVERTON**
> 601 Pennsylvania Avenue, NW
> Suite 900 South
> Washington, D.C. 20004

SO ORDERED.
November 27, 2013.

ROBERT L. WILKINS
United States District Judge